UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jane Doe | : | |
| | : | |
| vs | : | Docket No. 2:22-CV-01628-RJC |
| | : | |
| Northern Regional Police Department of Allegheny County, et al. | : | |
| | : | |

**Stipulation and Order**

It is hereby stipulated by counsel for the parties this 2nd day of December, 2022, that Plaintiff shall file an Amended Complaint on or before December 6, 2022; or alternatively, Defendants shall file a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) on December 6, 2022.

*s/Robert T Vance Jr*                 *s/Sheryl L Brown*

Robert T Vance Jr                                         Sheryl L Brown
Law Offices of Robert T Vance Jr             Siana Law
100 South Broad Street, Suite 905           941 Pottstown Pike, Suite 200
Philadelphia PA 19110                          Chester Springs PA 19425
215 557 9550 tel / 215 278 7992 fax       610 321 5500 tel / 610 321 0505 fax
rvance@vancelf.com                               slbrown@sianalaw.com

Attorney for the Plaintiff                         Attorney for the Defendant

**SO ORDERED**:

*s/Robert J. Colville*
_____
                                   J.

Dated: 12/5/22