**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE, | : |
| | : Civil Action |
| Plaintiff, | : |
| | : Docket No.: 2:22-CV-01628-RJC |
| vs | : |
| | : |
| NORTHERN REGIONAL POLICE | : |
| DEPARTMENT OF ALLEGHENY | : |
| COUNTY and DETECTIVE SCOTT | : |
| RICK, | : |
| | : |
| Defendants. | : |
| | : |

## <u>ORDER</u>

AND NOW, on this _____ day of December, 2022, upon review of the Motion for Extension of Time to File a Motion to Dismiss, it is hereby ORDERED and DECREED that said Motion is GRANTED.  Defendants shall file a Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) by December 30, 2022.

BY THE COURT:

_____

Honorable Robert J. Colville