UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | : |
| | : |
| PLAINTIFF, | : |
| | : DOCKET NO.: 2:22-CV-01628-RJC |
| VS | : |
| | : |
| NORTHERN REGIONAL POLICE DEPARTMENT OF ALLEGHENY COUNTY AND DETECTIVE SCOTT RICK, ET AL. | : JURY TRIAL DEMANDED |
| | : |
| DEFENDANTS. | : |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)**

It is hereby Stipulated and Agreed by and between counsel of record, Robert T. Vance, Jr., Esquire, on behalf of Plaintiff, and Sheryl L. Brown, Esquire, on behalf of Defendants, that the following defendants, **only**, are voluntarily dismissed as parties to this case, **without prejudice:**

- Township of Pine
- Marshall Township
- Township of Richland
- Borough of Bradford Woods
- Joint Police Board of the Northern Regional Police Department of Allegheny County

By:   */s/ Robert T. Vance, Jr.*
Robert T. Vance, Jr., Esquire, I.D. #37692
*Attorney for Plaintiff, Jane Doe*
100 S Broad St, Suite 905
Philadelphia, PA 19110
(P): 215.557.9550
(F): 215.278.7992
rvance@vancelf.com

By:   */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. #59313
*Attorney for Defendants*
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
(P): 610.321.5500
(F): 610.321.0505
slbrown@sianalaw.com

February 1, 2023

AND NOW, this 2nd day of February, 2023,

it is so ORDERED,

*/s/Robert J. Colville*
United States District Judge