IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ORDER REGARDING CERTAIN DOCKET MATTERS AND TRANSFERRING/REFERRING CERTAIN PROCEEDINGS | Misc. No. 2:23-mc-622 |

# **ORDER**

In furtherance of the continued sound management of the Court's dockets and to continue to facilitate the just determination of every proceeding, after consultation with the Chair of the Court's Case Assignment Committee and with the concurrence of the involved judicial officers, and in accordance with LCvR 40(G) wherein the Court finds exceptional circumstances exist to transfer/refer the following actions pending on the Court's Pittsburgh Docket, the below-listed actions are transferred/referred forthwith to the following judicial officers for further proceedings, subject to further Order of the Court:

| | |
|---|---|
| 22-cv-1218/1222/1227/1284/1485 22-cv-1053 | Judge Nora Barry Fischer |
| 22-cv-146 21-cv-478 | Judge Christy Criswell Wiegand |
| 22-cv-1246 | Judge Marilyn J. Horan |
| 20-cv-752 22-cv-1628 22-cv-1736 | Judge William S. Stickman, IV |
| 19-cv-1286 21-cv-1808 22-cv-1319 | Judge J. Nicholas Ranjan |
| 22-cv-1234 | Judge Patricia L. Dodge, added as the "referred" Magistrate Judge |

All pending orders, matters and deadlines in such proceedings shall remain in full force and effect subject to modification by further Order of the now-assigned judicial officer. The

2

Clerk shall post this Administrative Order on the docket of each case listed above, and shall execute the transfer/referral of each such action pursuant to this Order.

                                                     s/ Mark R. Hornak  
                                                   Mark R. Hornak  
                                                   Chief United States District Judge

Dated: June 15, 2023