IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>          *Plaintiff,*<br><br>v.<br><br>NORTHERN REGIONAL POLICE DEPARTMENT, *et al*,<br><br>          *Defendants.* | Civil Action No. 2:22-cv-1628<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this **21** day of July 2023, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Northern Regional Police Department of Allegheny County and Detective Scott Rick's Motion to Dismiss Plaintiff's Amended Complaint (ECF 12) Pursuant to F.R.C.P. 12(b)(6) (ECF No. 22) is GRANTED. Counts I and II are dismissed without prejudice. The Court will not exercise supplemental jurisdiction to analyze the legal sufficiency of the state law claims (Counts III and IV) at this time. The second amended complaint shall be filed by **August 7, 2023**.

BY THE COURT:

/s/ William S. Stickman IV
_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE