Exhibit A

| Ms. Doe said: | Det. Rick wrote: |
|---|---|
| **Ms. Doe repeatedly told the attacker "No"**<br>"I said, 'No, I'm done. I want to go. I don't want to do this. I'm not comfortable doing this.'"<br>"I said, 'No, I'm done. I'm leaving. I'm getting out of here.'"<br>"I'm like, 'No! I want to leave!' And he doesn't listen.'"<br>"I told him no."<br>"I'm like, 'No! I'm leaving! I want to go!'"<br>"I said, 'No. I want to leave. I want to go.'"<br>"I said, 'No. I'm leaving.'"<br><br>**Seven times in her interview, Ms. Doe told Det. Rick how she kept saying "No" to the attacker.** | **No mention at all** of Ms. Doe ever telling him "No" |
| **Each time Ms. Doe begged the attacker to let her leave, he replied "No."**<br><br>"And he was like, 'No. Five more minutes.'"<br><br>"...he said, 'No. Five more minutes.' He said, 'I have a better idea.'"<br><br>"...but he's like, 'No. You're fine. Nobody will find you in here.'"<br><br>**A total of seven times in the interview, Ms. Doe gave Det. Rick specific instances where the attacker replied "No" in denying her repeated pleas to leave** | **No mention at all of the attacker saying "No" to her pleas; "No" selectively edited out of her words**<br>"(he) replied back 5 more minutes"<br><br>"he then states he has a better idea"<br><br>"(he) replied 'You are fine, no one will find you are in here.'" |
| Ms. Doe said: | Det. Rick wrote: |
| **Ms. Doe repeatedly tried to physically fight off the attacker:**<br>"And I started to push him away."<br>"...and I pushed him away..."<br>"I pushed him away again"<br>"...and I would push him away multiple times saying, 'I just want to leave. I want to go.'" | **No mention at all** of Ms. Doe pushing away or physically fighting off the attacker |
| **Ms. Doe described her emotional distress:**<br>"I started crying and (pauses) I didn't scream for help, um, because I didn't want to get caught for doing | **No mention at all** of Ms. Doe's crying or emotional distress |

| | |
|---|---|
| something I don't want to do. (voice breaking) But I was crying..." | |
| **The attacker brutally forced oral sex:**<br><br>"... he puts his hands, one hand on my head and pushes my mouth on (his penis)" "...it would make me gag" "...I was gagging."<br><br>**Ms. Doe clearly described the brutality of this forced act with many additional details** | **Ignored nearly all of what Ms. Doe said and rather stated that she was the initiator of a consensual act**<br><br>"she begins to perform orally on (the boy)" |
| **The attacker used aggressive force:**<br><br>"And then he, like, pushes me toward the wall. Um, but if I didn't put my hands out, I probably would have had a bruise on the back of my back of the (pauses) flusher thing..." "I would have completely fallen backwards into the part where you like, flush the toilet."<br><br>" ...he aggressively pushed me to the wall so my hands were holding the wall. " | **Re-characterized acts of aggression by deliberately substituting different words**<br><br>"(he) places her on the toilet"<br><br><br><br>"(he) puts her hands on the wall" |